UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALARM ONE, INC. AND PETER MALTBY,<br><br>Defendant. | Civil Action No. 1:07-cv-00371 |

**MOTION OF ALARM ONE, INC.**
**TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), the defendant, Alarm One, Inc. ("Alarm One"), respectfully moves this Court to dismiss the Complaint of the plaintiff, Security Networks, LLC ("Security Networks"), against Alarm One for lack of personal jurisdiction.

As grounds for this motion and as set forth more fully in the accompanying memorandum of law and declaration of Douglas R. Schultz, Alarm One states that Security Networks has asserted claims against it arising out of a contract that was between residents of California and Florida for the sale of accounts in Illinois. Alarm One does not transact business in the Delaware or engage in **any** other activities that would satisfy the requirements of the Delaware long-arm statute. The claims have only the most glancing connection with Delaware – they happen to be governed by Delaware law – and that incidental connection is plainly insufficient to allow this Court constitutionally to exercise jurisdiction. Accordingly, Security Networks' complaint must be dismissed.

WHEREFORE, Alarm One respectfully requests that this Court grant its motion to dismiss Security Networks' Complaint against it for lack of personal jurisdiction.

Dated: June 18, 2007

Respectfully submitted,

ALARM ONE, INC.

By its attorneys,

_____
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com

*Of counsel*:

Edward J. Naughton (MA BBO #600059)
Geraldine Aine (MA BBO #665578)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone:   (617) 523-2700
E-mail:        edward.naughton@hklaw.com
                    geraldine.aine@hklaw.com