UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALARM ONE, INC. AND PETER MALTBY,<br><br>Defendant. | Civil Action No. 1:07-cv-00371 |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the following documents was made on June 18, 2007, upon David E. Wilks, Esq., 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801 via hand delivery.

1. Motion of Alarm One, Inc. to Dismiss for Lack of Personal Jurisdiction;

2. Memorandum in Support of Motion of Alarm One, Inc. to Dismiss for Lack of Personal Jurisdiction; and

3. Declaration of Douglas R. Schultz.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Michael R. Lastowski (DE 3892)