### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC, | : |
| Plaintiff, | : Civil No. 1:07-cv-00371 |
| vs. | : |
| ALARM ONE, INC. and PETER MALTBY, | : |
| Defendants. | : |

### MOTION OF DEFENDANT PETER MALTBY FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT

Defendant Peter Maltby ("**Maltby**") by and through its undersigned counsel, hereby moves the Court for an extension of time to file his response to the Verified Complaint filed by Security Networks, LLC ("**Plaintiff**"). Maltby respectfully requests that he be granted an extension until June 29, 2007 to respond to the Verified Complaint. Additional time is necessary to allow Maltby to engage local counsel and to prepare properly Maltby's response to the Verified Complaint. Plaintiff will not be prejudiced by a modest extension because the Verified Complaint has only recently been filed.

Counsel for Maltby left a detailed voicemail for Plaintiff's counsel on Friday, June 15, 2007 explaining that Maltby was engaging Delaware counsel to assist him in the

Document#: 62410
774291v1

above-captioned lawsuit, and that Maltby likely would need an extension of time to respond to the Verified Complaint. Plaintiff's counsel has not responded to this voicemail. On Tuesday, June 19, 2007, Maltby's Delaware counsel was informed, through Plaintiff's counsel's assistant, that Plaintiff would not grant Maltby any extension of time to respond to the Verified Complaint.

As such, Maltby respectfully requests that the Court extend his time to respond to the Verified Complaint to and including June 29, 2007. Maltby has submitted a proposed Order granting such request for the Court's convenience.

DATED this 19th day of June, 2007.

Monzack and Monaco, PA

Francis A. Monaco, Jr. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

and

Jerome Romero (Utah Bar #5139)
Troy J. Aramburu (Utah Bar #10444)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via electronic notice and facsimile on June 19, 2007 upon:

David E. Wilks, Esq.
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Via Facsimile: 302-428-3996

Michael R. Lastowski, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Via Facsimile: 302-657-4901

Edward J. Naughton, Esq.
Geraldine Aine, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Via Facsimile: 617-523-6850

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 19, 2007         Kristie L. Dalton

Document #: 62411

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

SECURITY NETWORKS, LLC,

    Plaintiff,

vs.

ALARM ONE, INC. and PETER MALTBY,

    Defendants.

Civil No. 1:07-cv-00371

**ORDER GRANTING MOTION OF DEFENDANT PETER MALTBY FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

Having reviewed Defendant Peter Maltby's ("**Maltby**") Motion for Extension of Time to Respond to Plaintiff's Verified Complaint, and for good cause appearing, IT IS HEREBY ORDERED that Maltby shall have until June 29, 2007 to file a response to Plaintiff's Verified Complaint.

DATED this _____ day of _____ 2007.

                                                                   _____
                                                                   District Court Judge

Document#: 62409