## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURITY NETWORKS, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**ALARM ONE, INC., and PETER MALTBY,**<br><br>Defendants. | Civil No. 1:07-cv-00371 (***) |

### MOTION OF PETER MALTBY TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Peter Maltby ("**Maltby**") by and through his counsel, Monzack and Monaco, P.A., respectfully requests that this Court dismiss the *Verified Complaint* as against Maltby for lack of personal jurisdiction.

As more fully set forth in the *Memorandum in Support of Motion of Peter Maltby to Dismiss for Lack of Personal Jurisdiction* and the *Declaration of Peter Maltby*, both filed contemporaneously with this Motion, Security Networks, LLC ("**Security Networks**") has failed to allege any proper basis of this Court's personal jurisdiction over Maltby, and Maltby has no contacts with Delaware sufficient for this Court to exercise jurisdiction over him without violating the Due Process Clause of the Fourteenth Amendment. Accordingly, the *Verified Complaint* must be dismissed as against Maltby.

WHEREFORE, Maltby respectfully requests that this Court enter an Order (i) granting this Motion, (ii) dismissing the Verified Complaint based on lack of personal jurisdiction over

Maltby, and (iii) granting Maltby any other relief that may be just and equitable under the circumstances.

DATED: June 28, 2007

**MONZACK &MONACO, PA**

_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

-and-

Jerome Romero (USB #5139)
Troy J. Aramburu (USB #10444)
Jones, Waldo, Holbrook, & McDonough, P.C.
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALARM ONE, INC., and PETER MALTBY,<br><br>　　　　　Defendants. | Civil No. 1:07-cv-00371 (***) |

### CERTIFICATE OF SERVICE

　　　I, Lorraine Diaz, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via electronic notice and email on June 28, 2007 upon:

David E. Wilks, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Via Email:  dwilks@reedsmith.com

Michael R. Lastowski, Esq.
Duane Morris, LLP
1100 North Market Street
Suite 12000
Wilmington, DE 19801
Via Email:  mlastowski@duanemorris.com

Edward J. Naughton, Esq.
Geraldine Aine, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Via Email:  edward.naughton@hklaw.com
　　　　　　Geraldine.aine@hklaw.com

Document #62623

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 28, 2007

*Lorraine Diaz* (signature)
Lorraine Diaz