**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

CHRISTOPHER M. WINTER
DIRECT DIAL: (302) 657-4951
E-MAIL: cmwinter@duanemorris.com

www.duanemorris.com

July 12, 2007

VIA HAND DELIVERY

Magistrate Mary Pat Thynge
The United States District Court
844 North King Street
Wilmington, Delaware 19801

Re: Security Networks, LLC v. Alarm One, Inc. and Peter Maltby, C.A. No. 07-371

Dear Your Honor:

I write as counsel to Alarm One, Inc. regarding Your Honor's order dated July 9, 2007, which order set a Rule 16 scheduling teleconference for Tuesday, July 17, 2007 at 9:30 a.m. Unfortunately, lead counsel for Alarm One, Inc. is unavoidably unavailable to participate in the teleconference. Thus, counsel to Alarm One, Inc. respectfully requests that Your Honor reschedule the teleconference for the following week. Counsel has conferred with counsel for Security Networks, LLC and Peter Maltby and both have consented to rescheduling the teleconference for the following week (*i.e.*, July 23-27).

Should Your Honor require further information or have any questions, I am available at Your Honor's convenience.

Respectfully yours,

Christopher M. Winter

cc: Michael R. Lastowski, Esq.
David Wilks, Esq.
Francis A. Monaco, Esq.
Kevin Mangan, Esq.
Edwart Naughton, Esq.
Geraldine Aine, Esq.

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246       PHONE: 302.657.4900  FAX: 302.657.4901