### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC, | : |
| Plaintiff, | : |
| v. | :    C. A. No. 07-371-*** |
| ALARM ONE, INC. and PETER MALTBY, | : |
| Defendants. | : |

### ORDER

At Wilmington this **13th** day of **July, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference set for Tuesday, July 17, 2007 at 9:30 a.m. with Magistrate Judge Thynge has been rescheduled to **Thursday, August 2, 2007 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE