IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ALARM ONE, INC. AND PETER MALTBY,<br><br>  Defendants. | Civil Action No. 1:07-cv-00371<br><br>[Re D.I. 11] |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER MOTION TO REMAND**

The Plaintiff and Defendant Alarm One, Inc. hereby stipulate that Defendant Alarm One, Inc. shall have an extension of time to and including Tuesday, July 17, 2007, to respond to the Motion to Remand (Docket No. 11).

REED SMITH LLP

_____
David E. Wilks (DE 2793)
Katharine V. Jackson (DE 4800)
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Attorneys for Security Networks, LLC*

DUANE MORRIS LLP

_____
Michael R. Lastowski (DE 3829)
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            cmwinter@duanemorris.com
-and-
Edward J. Naughton (BBO #600059)
Geraldine Aine (BBO #665578)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Telephone:   (617) 523-2700
E-mail:      edward.naughton@hklaw.com
             geraldine.aine@hklaw.com

*Attorneys for Alarm One, Inc.*

DM3\541827.1