UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURITY NETWORKS, LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALARM ONE, INC.**, and **PETER MALTBY,** <br><br> Defendants. | Civil No. 1:07-cv-00371 (***) |

**PETER MALTBY'S JOINDER IN ALARM ONE'S
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Peter Maltby ("**Maltby**") submits this Joinder in *Alarm One's Opposition to Plaintiff's Motion to Remand*. In support of this Joinder, Maltby states that he supports Alarm One, Inc.'s opposition to Security Networks, LLC's attempt to have this action remanded to the Delaware Chancery Court.

DATED: July 17, 2007.

                                        **WOMBLE CARLYLE SANDRIDGE
                                            & RICE, PLLC**

/s/ Kevin J Mangan
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
T: (302) 252-4320
F: (302) 252-4330

-and-

Jerome Romero (USB #5139)
Troy J. Aramburu (USB #10444)
**JONES, WALDO, HOLBROOK, &
McDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

WCSR 3653880v1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURITY NETWORKS, LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALARM ONE, INC.**, and **PETER MALTBY,** <br><br> Defendants. | Civil No. 1:07-cv-00371 (***) |

## CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 17, 2007 upon:**

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street, Ste. 1500
Wilmington, DE 19801
dwilks@reedsmith.com

Michael R. Lastowski, Esquire
Christopher Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

Edward Naughton, Esquire
Geraldine Aine, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Edward.naughton@hklaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

____7/17/2007_____   __/s/ Heidi E Sasso_____
Date                                         Heidi E. Sasso

WCSR 3654006v1