UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURITY NETWORKS, LLC**,<br><br>Plaintiff,<br><br>vs.<br><br>**ALARM ONE, INC.**, and **PETER MALTBY**,<br><br>Defendants. | Civil No. 1:07-cv-00371 (***) |

**REQUEST FOR ORAL ARGUMENT OF DEFENDANT PETER MALTBY**

Defendant, Peter Maltby ("Defendant"), by and through his undersigned attorneys, hereby requests oral argument in connection with Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction (the "Motion"), filed in the above-referenced matter on June 28, 2007. Defendant believes oral argument will be helpful to the Court in its consideration of the Motion and that oral argument is appropriate under Rule 7.1.4 of the Local Rules for the United States District Court for the District of Delaware.

Dated July 20, 2007

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

-and-

Jerome Romero (USB #5139)
Troy J. Aramburu (USB #10444)
**JONES, WALDO, HOLBROOK, &
McDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURITY NETWORKS, LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALARM ONE, INC.**, and **PETER MALTBY,** <br><br> Defendants. | Civil No. 1:07-cv-00371 (***) |

**CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 20, 2007 upon:**

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street, Ste. 1500
Wilmington, DE 19801
dwilks@reedsmith.com

Michael R. Lastowski, Esquire
Christopher Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

Edward Naughton, Esquire
Geraldine Aine, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Edward.naughton@hklaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

          /s/ Heidi E. Sasso
Date   7/20/07      Heidi E. Sasso

WCSR 3656228v1