## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC, )<br>)<br>            Plaintiff, )<br>    v. )<br>)<br>ALARM ONE, INC. and PETER MALTBY )<br>)<br>            Defendants. ) | C.A. No. 07-371 *** |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2007, a copy of the foregoing *Security Networks, LLC's Reply Brief in Support of its Motion to Remand* was served in the manner indicated on the following counsel of record:

| **E-mail and Hand-Delivery**<br>Francis A. Monaco, Jr., Esquire<br>Kevin J. Mangan, Esquire<br>Womble Carlyle Sandridge & Rice<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>fmonaco@wcsr.com<br>kmangan@wcsr.com | **E-mail**<br>Jerome Romero, Esquire<br>Troy J. Aramburu<br>Jones, Waldo, Holbrook & McDonough, P.C.<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101<br>jromero@joneswaldo.com<br>taramburu@joneswaldo.com |
|---|---|
| **E-mail and Hand-Delivery**<br>Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>1100 North Market St., Suite 12000<br>Wilmington, DE 19801<br>mlastowski@duanemorris.com | **E-mail**<br>Edward J. Naughton, Esquire<br>Geraldine Aine, Esquire<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>edward.naughton@hklaw.com<br>geraldine.aine@hklaw.com |

_____
Katharine V. Jackson (Del. I.D. No. 4800)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801-1163
(302) 778-7500
kjackson@reedsmith.com