# ReedSmith

**David E. Wilks**
Direct Phone: 302.778.7560
Email: dwilks@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

July 31, 2007

**Via Electronic Filing and Hand Delivery**

The Honorable Mary Pat Thynge
U.S. District Court, District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: **Security Networks, LLC v. Alarm One, Inc.**, *et al.*, **Civil Action No. 07-371-*****

Dear Magistrate Judge Thynge:

    I have reviewed Mr. Naughton's letter to Your Honor of this morning and am compelled to respond briefly. Mr. Naughton did not raise his proposals with Security Networks in response to Security Networks' invitation to confer, but rather enveloped them within his remarks on the merits of this case in the context of a Rule 16 scheduling conference. Security Networks will not burden the Court with a rebuttal of all of Mr. Naughton's points on the merits, but will instead await a more appropriate venue for that discussion.

    It is important, however, to advise the Court that the Benchmark award that is the subject of this litigation was presented by Benchmark as a final award and the parties' agreement underlying their relationship provides that the Benchmark arbitration is "final and binding on the Parties." Similarly, Mr. Naughton's suggestion that the Benchmark proceedings were "not an arbitration" is impossible to reconcile with the agreement's characterization of Benchmark as the "Independent Arbiter." Accordingly, Security Networks respectfully submits that this action filed pursuant to 10 *Del. C.* § 5713 to confirm an arbitration award is in fact a summary proceeding and not a *de novo* re-litigation of the dispute which the parties have already arbitrated.

    Security Networks therefore respectfully requests that the Court enter a scheduling order reflecting the true nature of these proceedings and rejecting Alarm One's most recent efforts to delay the entry of an enforceable judgment against it. We look forward to discussing this matter with Your Honor on August 2, 2007.

The Honorable Mary Pat Thynge
July 31, 2007
Page 2

**ReedSmith**

    Thank you for Your Honor's consideration.

Respectfully submitted,

REED SMITH LLP

*David E. Wilks*

David E. Wilks

DEW/me

cc:   Clerk (via Electronic Filing)
       All Counsel (via Electronic Filing)