## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-371-*** |
| ALARM ONE, INC. and PETER MALTBY, | : |
| Defendants. | : |

### ORDER

At Wilmington this **2nd** day of **August, 2007**.

IT IS ORDERED that a scheduling teleconference has been set for **Monday, October 1, 2007 at 5:00 p.m. Eastern Time** with Magistrate Judge Thynge. The purpose of the teleconference is to discuss the status of the case and the scheduling order. This teleconference will not proceed if the Court decides either of the outstanding motions in favor of the movant. **Alarm One, Inc.'s counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE