IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALARM ONE, INC. and PETER MALTBY )<br>)<br>Defendants. ) | C.A. No. 07-371 *** |

### STIPULATION TO MAGISTRATE'S JURISDICTION

The parties, through their undersigned counsel, hereby stipulate in accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73 to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment and conduct all post-judgment proceedings. The parties further stipulate that Alarm One, Inc. and Peter Maltby do not waive, but expressly preserve hereby, their objections to the personal jurisdiction of this Court.

REED SMITH LLP

_____
David E. Wilks (#2793)
Katherine V. Jackson (#4800)
1201 N. Market St., Suite 1500
Wilmington, DE 19801
(302) 778-7500

WOMBLE CARLYLE SANDRIDGE & RICE

_____
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
222 Delaware Ave., Suite 1501
Wilmington, DE 19801
(302) 252-4320

DUANE MORRIS LLP

_____
Michael R. Lastowski (#3829)
Christopher M. Winter (#4163)
1100 N. Market St., Suite 12000
Wilmington, DE 19801
(302) 657-4900

Dated: August 2, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-371 *** |
| | ) |
| ALARM ONE, INC. and PETER MALTBY | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2007, a copy of the foregoing ***Stipulation to Magistrate's Jurisdiction*** was served in the manner indicated on the following counsel of record:

| **E-mail and Hand-Delivery** | **E-mail** |
|---|---|
| Francis A. Monaco, Jr., Esquire | Jerome Romero, Esquire |
| Kevin J. Mangan, Esquire | Troy J. Aramburu |
| Womble Carlyle Sandridge & Rice | Jones, Waldo, Holbrook & McDonough, P.C. |
| 222 Delaware Avenue, Suite 1501 | 170 South Main Street, Suite 1500 |
| Wilmington, DE 19801 | Salt Lake City, UT 84101 |
| fmonaco@wcsr.com | jromero@joneswaldo.com |
| kmangan@wcsr.com | taramburu@joneswaldo.com |
| **E-mail and Hand-Delivery** | **E-mail** |
| Michael R. Lastowski, Esquire | Edward J. Naughton, Esquire |
| Duane Morris, LLP | Geraldine Aine, Esquire |
| 1100 North Market St., Suite 12000 | Holland & Knight, LLP |
| Wilmington, DE 19801 | 10 St. James Avenue |
| mlastowski@duanemorris.com | Boston, MA 02116 |
| | edward.naughton@hklaw.com |
| | geraldine.aine@hklaw.com |

                                               /s/ David E. Wilks
                                          David E. Wilks (Del. I.D. No. 2793)
                                          REED SMITH LLP
                                          1201 Market Street, Suite 1500
                                          Wilmington, Delaware 19801-1163
                                          (302) 778-7500
                                          dwilks@reedsmith.com