UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY NETWORKS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ALARM ONE, INC. AND PETER MALTBY,<br><br>        Defendant. | Civil Action No. 1:07-cv-00371 |

### NOTICE OF WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE that Christopher M. Winter, Esquire of Duane Morris LLP hereby withdraws his appearance for Alarm One, Inc. in the above-captioned case. Please continue to serve all notices and pleadings upon:

>Michael R. Lastowski (DE 3892)
>DUANE MORRIS LLP
>1100 North Market Street, Suite 1200
>Wilmington, DE 19801
>Telephone: (302) 657-4900
>Facsimile: (302) 657-4901
>Email: mlastowski@duanemorris.com
>Counsel to Alarm One, Inc.

Dated: August 30, 2007
        Wilmington, Delaware

DUANE MORRIS LLP

_/s/ Michael R. Lastowski_
Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com

and

DM3\559605.1

                    /s/ Christopher M. Winter
_____
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       cmwinter@duanemorris.com

*Counsel for Alarm One, Inc.*

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

SECURITY NETWORKS, LLC,

        Plaintiff,

v.

ALARM ONE, INC. AND PETER MALTBY,

        Defendant.

Civil Action No. 1:07-cv-00371

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the *Notice of Withdraw of Counsel* was made on August 30, 2007, upon the parties listed below in the manner indicated:

| | |
|---|---|
| David E. Wilks, Esquire<br>Katharine V. Jackson, Esquire<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>***Via Hand Delivery*** | Francis A, Monaco, Jr., Esquire<br>Kevin J. Mangan, Esquire<br>WOMBLE CARLYLE SANDRIDGE & RICE<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>***Via Hand Delivery*** |

Edward J. Naughton, Esquire
Geraldine Aine, Esquire
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
***Via First Class Mail, Postage Pre-Paid***

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 30, 2007
      Wilmington, Delaware

                              **DUANE MORRIS LLP**

                              */s/ Michael R. Lastowski*
                              Michael R. Lastowski (DE 3892)
                              1100 North Market Street, Suite 1200
                              Wilmington, DE  19801
                              Telephone:  (302) 657-4900
                              Facsimile:  (302) 657-4901
                              E-mail: mlastowski@duanemorris.com